UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS PASTRANA, MARIA SANCHEZ, and
JAYMARIE RAMIREZ and JOMAIRA POTTER by
their mother and natural guardian, Jayscha
Pastrana,

                  Plaintiffs,

             -against-

THE CITY OF NEW YORK, and "JOHN DOE" 1-
10, the names being fictitious and presently
unknown, being employees of the New York City
Police Department,

                  Defendants.

------------------------------------------------------------x

DECLARATION OF SERVICE
07 CV 9252 (VMM)(RLE)

STATE OF NEW YORK    )
                              : SS. :
COUNTY OF KINGS    )

      MATTHEW FLAMM, declares the following under penalty of perjury pursuant to 28 U.S.C. §1746:

      That on October 16, 2006, I served the SUMMONS AND COMPLAINT upon defendant City of New York, at The New York City Law Department, 100 Church Street, New York, New York, that being an address within the State theretofore designated for that purpose, by personally delivering a copy thereto as evidenced by the date/time stamp appearing on the annexed copy of the Summons and the first page of the Complaint.

                                                          _____
                                                          Matthew Flamm

**07 CIV 9252**

JUDGE MARRERO

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS PASTRANA, MARIA SANCHEZ, and JAYMARIE BELIS RAMIREZ and JOMAIRA MARIE POTTER by their mother and natural guardian, Jayscha Pastrana,

Plaintiffs,

-against-

THE CITY OF NEW YORK, and "JOHN DOE" 1-10, the names being fictitious and presently unknown, being employees of the New York City Police Department,

Defendants.

**SUMMONS IN A CIVIL CASE**

To:   THE CITY OF NEW YORK, 100 Church Street, New York, NY 10007; "John Doe" 1-10

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEYS

Matthew Flamm, 26 Court Street, Suite 600, Brooklyn, New York 11242

an answer to the complaint which is herewith served upon you, within ___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE OCT 1 6 2007

DEPUTY CLERK

JUDGE MARRERO

07 CIV 9252

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

LUIS PASTRANA, MARIA SANCHEZ, and
JAYMARIE RAMIREZ and JOMAIRA POTTER by
their mother and natural guardian, Jayscha
Pastrana,

                          Plaintiffs,

                        -against-

THE CITY OF NEW YORK, and "JOHN DOE" 1-10,
the names being fictitious and presently unknown,
being employees of the New York City Police
Department,

                        Defendants.
----------------------------------------------------------------x

<u>COMPLAINT</u>

OCT 16 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Jury Trial Demanded

        LUIS PASTRANA, MARIA SANCHEZ, and JAYMARIE BELIS RAMIREZ and JOMAIRA MARIE POTTER by their mother and natural guardian, Jayscha Pastrana, by their attorney, Matthew Flamm, allege the following, upon information and belief, as their Complaint:

<u>Nature of the Action</u>

        1.     This civil rights action arises from defendants' August 28, 2006 unlawful entry into plaintiffs' home, destructive search and use of force. Plaintiffs seek declaratory relief pursuant to 28 U.S.C. §2201, and, under 42 U.S.C. §1983, compensatory and punitive damages for violation of their civil rights.

<u>Jurisdiction and Venue</u>

        2.     This action arises under the United States Constitution and 42 U.S.C. §1983. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1331 and §1343(3). Plaintiffs requests that this Court exercise pendent jurisdiction over those state law claims arising out of the same common nucleus of operative facts as do plaintiffs' federal claims.

        3.     Under 28 U.S.C. §1391(b), venue is proper in the Southern District of New York because the events giving rise to the suit occurred in that District.