

| | THE CITY OF NEW YORK | |
|---|---|---|
| MICHAEL A. CARDOZO<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | David M. Pollack<br>*Assistant Corporation Counsel*<br>*Special Federal Litigation Division*<br>Tel.: (212) 788-1894<br>Fax: (212) 788-9776 |

November 5, 2007

By Facsimile Transmission
(212) 805-6382
Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: Luis Pastrana, et al., v. City of New York, et al., 07 CV 9252 (VM)

Dear Judge Marrero:

    I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York (the "City"). I am writing with the consent of plaintiffs' counsel, Matthew Flamm, Esq., to respectfully request a sixty-day enlargement of time from November 5, 2007 to January 4, 2008 within which time this office shall answer or otherwise respond to the complaint filed in this action. This is the City's first request for an enlargement of time in this action.

    The complaint was filed on October 16, 2007 and alleges, *inter alia*, that plaintiffs were subjected to unlawful entry, false arrest and excessive force. In addition to the City of New York, plaintiff purports to name John Doe 1-10 as defendants. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to more fully investigate the matter and gather the documents and information necessary to file a responsive pleading.

```
SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-5-07
```

In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until January 4, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

cc: By Facsimile Transmission
(718) 522-2026
Matthew Flamm, Esq.
Attorney for Plaintiff
26 Court Street Street
Brooklyn, NY 11242

---

Request GRANTED. The time for defendant(s) to answer or otherwise move with respect to the complaint in this action is extended to 1-4-08.

SO ORDERED.

11-5-07
DATE    VICTOR MARRERO, U.S.D.J.

2