# MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600
BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117     FAX (718) 522-2026

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/08
```

RECEIVED JAN 28 2008

By Facsimile Transmission Only

January 28, 2008

The Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007

Re: Pastrana v. City of New York and Others
    07 CV 9252 (VM)(RLE)

Your Honor:

    I represent plaintiffs in this §1983 civil rights action alleging unlawful home entry and use of force by New York City Police employees.

    Plaintiff request that an initial pretrial conference be scheduled at the Court's first convenience. A courtesy copy of the Complaint was forwarded in mid-October 2007.

Respectfully submitted

Matthew Flamm

cc: David Pollack
    Assistant Corporation Counsel
    New York City Law Department
    (By Facsimile Transmission)

---

Request GRANTED. The initial conference herein is scheduled for 2-8-08 at 9:15 a.m. The Court notes that defendants' time to answer SO ORDERED. The Complaint is extended to 1-4-08 and that to date they have failed to do so.

1-28-08
DATE     VICTOR MARRERO, U.S.D.J.