MATTHEW FLAMM

ATTORNEY AND COUNSELLOR AT LAW

26 COURT STREET, SUITE 600
BROOKLYN, NEW YORK 11242

matthewflamm@msn.com

(718) 797-3117      FAX (718) 522-2026

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/08

By Facsimile Transmission Only

February 4, 2008

The Honorable Victor Marrero
United States District Court
500 Pearl Street
New York, New York 10007

RECEIVED
FEB - 4 2008
CHAMBERS OF
JUDGE MARRERO

Re:   Pastrana v. City of New York and Others
      07 CV 9252 (VM)(RLE)

Your Honor:

I represent plaintiff in the above-referenced §1983 civil rights action alleging unlawful home entry and use of force by New York City Police employees.

The parties jointly request adjournment of the upcoming initial pretrial conference from February 8, 2008 at 9:15 to either February 22 or 28 at any time. The February 8 conference conflicts with an earlier-scheduled conference defense counsel has in the Eastern District.

Respectfully submitted

Matthew Flamm

cc:   David Pollack
      New York City Law Department
      Attorney for Defendant City of New York
      (By Facsimile Transmission)

Request GRANTED. The initial conference herein is rescheduled to 2-22-08 at 3:45 p.m.

SO ORDERED.

2-5-08
DATE        VICTOR MARRERO, U.S.D.J.