

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

David M. Pollack
*Assistant Corporation Counsel*
*Special Federal Litigation Division*
Tel.: (212) 788-1894
Fax: (212) 788-9776

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08
```

February 14, 2008

By Facsimile Transmission
(212) 805-6382
Honorable Victor Marrero
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Request GRANTED. The initial status conference herein is rescheduled to 2-29-08 at 3:30 p.m.

SO ORDERED.

2-14-08
DATE    VICTOR MARRERO, U.S.D.J.

Re: Luis Pastrana, et al. v. City of New York, et al., 07 CV 9252 (VM)

Dear Judge Marrero:

I am the Assistant Corporation Counsel handling the defense of this action on behalf of Defendant City of New York (the "City"). I am writing to respectfully request an adjournment of the initial pre-trial conference presently scheduled for February 22, 2008 at 3:45. I request this adjournment as I have a very important pressing personal matter on the 22nd of February and am out of the office. Plaintiff's counsel Matthew Flamm has no objection to this request. The parties have conferred and are available, subject to this Court's calendar, on February 29, 2008 late in the afternoon, March 7, 2008 or March 14, 2008. The complaint in this action has been answered and I have sent plaintiff's counsel a copy of plaintiff's 50H examination and have now received the Civilian Complaint Review Board Report and am having that reproduced for Mr. Flamm. In other words, the exchange of documents between the parties is ongoing. In view of the foregoing, it is respectfully requested that the Court grant the within request adjourning the initial conference to a date convenient to the Court.

Thank you for your consideration in this regard.

Respectfully submitted,

David M. Pollack (DMP 3873)
Assistant Corporation Counsel

cc:   By Facsimile Transmission
      (718) 522-2026
      Matthew Flamm, Esq., Attorney for Plaintiffs