UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS PASTRANA, MARIA SANCHEZ, and
JAYMARIE RAMIREZ and JOMAIRA POTTER
by their mother and natural guardian, Jayscha
Pastrana,

          Plaintiffs,

-against-

THE CITY OF NEW YORK, and "JOHN DOE"
1-10, the names being fictitious and presently
unknown, being employees of the New York City
Police Department,

          Defendants.

------------------------------------------------------------x

AMENDED CIVIL CASE
MANAGEMENT PLAN
AND SCHEDULING ORDER
07 CV 9252

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-08
```

    WHEREAS, the parties have conferred and jointly requested an enlargement and modification of the February 29, 2008 Civil Case Management Plan and Scheduling Order. The Court hereby modifies that Order pursuant to Fed.R.Civ.P. 16(b) as follows:

5.    All <u>fact</u> discovery is to be completed by September 19, 2008.

6.    (c) Depositions to be completed by September 19, 2008.

       (e) Requests to Admit to be served no later than August 14, 2008.

7.    All <u>expert</u> discovery, including parties' expert reports and depositions, witness lists and identification of documents pursuant to Fed.R.Civ.P. 26(a)(2), (3) and 35(b), is to be completed by:

    a.    Plaintiff: August 11, 2008

    b.    Defendant: September 8, 2008.

11.    The next Case Management Conference is scheduled for: *9-19-08 at 9:30 a.m.*

SO ORDERED   *No further extensions of discovery will be considered.*

Dated: New York, New York
       June 2<u>3</u>, 2008

                                         VICTOR MARRERO
                                         U.S.D.J.